■ In the Matter of JENNIFER LOPEZ, Appellant, v CITY UNIVERSITY OF NEW YORK, Respondent. [9 NYS3d 873]—Judgment, Supreme Court, New York County (Carol E. Huff, J.), entered January 28, 2014, which denied the petition and dismissed the proceeding brought pursuant to CPLR article 78 to set aside a determination by respondent City University of New York (CUNY), dated January 12, 2012, dismissing petitioner from its law school, unanimously affirmed, without costs.

The proceeding is untimely since it was commenced on June 25, 2012, more than four months after respondent's final and binding January 12, 2012 determination (*see* CPLR 217 [1]). Contrary to petitioner's argument, her subsequent correspondences with respondent did not toll or recommence the statutory period (*see Aranoff v Fordham Univ.,* 171 AD2d 434 [1st Dept 1991], *lv denied* 78 NY2d 858 [1991]). Concur—Mazzarelli, J.P., Sweeny, Gische and Clark, JJ.